

| | CARR #2 KM 67.8 | | DELIVERY RECEIPT - PLT. ORIG. | |
|---|---|---|---|---|
| | PARQUE INDUSTRIAL SANTANA | | PAGE: 1 | |
| | ARECIBO, PR 00612 | | KAR | 4635264 |
| | 00612 | 787-671-5368 | 18-551109-001 REG 54 | |

```
SOLD TO:                              SHIP TO:
WATER WORKS SUPPLIERS CORP    H       WATER WORKS SUPPLIERS CORP    H
P.O. BOX 366203                       CARR. 174 - KM. 2.3
SAN JUAN, PR                          URB. INDUSTRIAL MINILLAS
00936-6203                            BAYAMON, PR
                                      00959
787-787-3959    115532                787-787-3959    115532
```

| CUST. ORDER NO. | PLANNED SHIP DATE | SHIP VIA | F.O.B. | LOADED BY |
|---|---|---|---|---|
| 34166 | 2/23/07 3/20/07 | ~~OUR TRUCK~~ Bingo | ADS- PUERTO RIC | |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT OF MEASURE | PRODUCT NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 598 | 598 | ST | 04230020IBA | 4"SL SOCK IB PIPE (SURE-LOK) |
| 72 | 72 | ST | 08230020IBA | 8"SL SOCK IB PIPE (SURE-LOK) |
| 18 | 18 | EA | 0880ST | 8x4 ST WYE (KIT) |
| Kit Component | 18 | EA | 0882ST | 8"DW ST WYE |
| Kit Component | 18 | EA | 0874WT | 8x4 DW WT RED CPLR(SPIG/BELL) |
| 4 | 4 | EA | 0860ST | 8x4 ST TEE (KIT) |
| Kit Component | 4 | EA | 0862ST | 8"DW ST TEE |
| Kit Component | 4 | EA | 0874WT | 8x4 DW WT RED CPLR(SPIG/BELL) |
| 8 | 8 | EA | 0874WT | 8x4 DW WT RED CPLR(SPIG/BELL) |
| 2 | 2 | BG | 0813AA | 8"DW SNAP CPLR 4/BAG |
| 4 | 4 | EA | 0480ST | 4"DW ST WYE |
| 8 | 8 | EA | 0499ST | 4"DW ST 90 DEG ELBOW |
| 4 | 4 | EA | 0494ST | 4"DW ST 45 DEG ELBOW |
| 5 | 5 | EA | 0460ST | 4"DW ST TEE |

+++ P.O. 34166 ++++
SEND COPY OF BOL TO KAREN VIA EMAIL OR FAX.
CALL KAREN W/QUESTIONS.
OUR INSTALLATION PROCEDURES REQUIRE LUBE FOR ALL
GASKETED PIPE AND FITTINGS JOINTS.
THE APPROPRIATE QUANTITY OF LUBE WILL BE SHIPPED

Alexander Buffas
Ralph Byrne
Puerto Los Americas
Ponce

**CONFIRMED**

1.00 PERCENT PER MONTH (A RATE OF 12.00 PERCENT PER ANNUM) SERVICE CHARGE WILL BE BILLED ON PAST DUE AMOUNT.

Del Valle Group
Contacto: Ing. Galarza
Tel: 291-3760

DATE: 3-20-07  2/15/07 15:03:29

Martes 3/20/07 7:00 AM