

**ADS** — THE MOST ADVANCED NAME IN DRAINAGE SYSTEMS

CARR #2 KM 67.8
PARQUE INDUSTRIAL SANTANA
ARECIBO, PR 00612
00612    787-671-5368

PACKING LIST - CUST. COPY
PAGE: 1
KAR   18-651452-003   REG 20
**4373937**

Sold To:
MOCOROA & CASTELLANOS INC
Calle E, Lote #8
Urb. Ind. Los Frailes
GUAYNABO, PR
00969
787-272-3410   10444

Ship To:
MOCOROA & CASTELLANOS INC
Calle E, Lote #8
Urb. Ind. Los Frailes
GUAYNABO, PR
00969
787-272-3410   10444

| CUST. ORDER NO. | PLANNED SHIP DATE | SHIP VIA | F.O.B. | LOADED BY: |
|---|---|---|---|---|
| 24092 | 4/13/07 |  | ADS- PUERTO RICO |  |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT OF MEASURE | PRODUCT NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 5 | 5 | EA | 0460ST | 4"DW ST TEE |

**This shipment requires certification, please forward to Aaron Duck to process cert. Thx. SKT
**** P.O. 24092 ****
SEND COPY OF BOL TO KAREN VIA EMAIL OR FAX
CALL KAREN W/QUESTIONS.

RCVD BY: PRINT NAME  JMFuentes

SIGNATURE  [signature]   4-13-07

A  1.00  PERCENT PER MONTH (A RATE OF  12.00  PERCENT PER ANNUM) SERVICE CHARGE WILL BE BILLED ON PAST DUE AMOUNT.

Pts  3   Lbs  4                                   4/12/07  15:28:47
COMMENTS

SEE TERMS AND CONDITIONS ON THE OTHER SIDE



**ADS**

THE MOST ADVANCED NAME IN DRAINAGE SYSTEMS
CARR #2 KM 67.8
PARQUE INDUSTRIAL SANTANA
ARECIBO, PR 00612
00612                787-671-5368

PAGE: 1
KAR
18-324194-002

**DELIVERY RECEIPT - PLT. ORIG.**
**4374100**
REG 20

**Sold To:**
MOCOROA & CASTELLANOS INC
Calle E, Lote #8
Urb.Ind.Los Frailes
GUAYNABO, PR
00969
787-272-3410    10444

**Ship To:**
MOCOROA & CASTELLANOS INC
PROJECT: VICTORIA VILLAGE
BAYAMON, PR
787-568-0575
00969
787-272-3410    10444

| ORDER NO. | PLANNED SHIP DATE | SHIP VIA | F.O.B. | LOADED BY: Jose Candelaria |
|---|---|---|---|---|
| 24763 | 6/27/07 | ADS | ADS- PUERTO RICO | Felix Cortes Osorio |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT OF MEASURE | PRODUCT NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 22 | 22 | ST | 24850018PR | 24"N12 SOLID-(IB)18.25'/600mm |
| 2 | 2 | ST | 08150020IB | 8"N12 SOLID IB PIPE   200mm |
| 1 | 1 | EA | 0694ST | 6"DW ST 45 DEG ELBOW |
| 2 | 2 | EA | 0667AA | 6"DW SNAP END CAP 6/BAG |
| 2 | 2 | EA | 0813AA | 8"DW SNAP CPLR 4/BAG |
| 1 | 1 | EA | 0899ST | 8"DW ST 90 DEG ELBOW |
| 0 | 1 | EA | 0881ST | 8x6 ST WYE (KIT) |
| t Component 1 | 1 | EA | 0882ST | 8"DW ST WYE |
| t Component 1 | 1 | EA | 0876WT | 8x6 DW WT RED CPLR(SPIG/BELL) |
| t Component 1 | 1 | EA | 3661MC | 36" CABLE TIES (N12) |

This shipment requires certification, please
forward to Aaron Buck to process cert. Thx. SKT
+ P.O. 24763 ++++
SHIP TO:
PROJECT: VICTORIA VILLAGE
BAYAMON, PR
TEL: 787-568-0575
SEND COPY OF BOL TO KAREN VIA FAX OR EMAIL

**CONFIRMED**
REBAJADO P.O.
DATE: 6/27/07

RECEIVED BY: PRINT NAME _____
SIGNATURE _____
COMPANY: Victoria Village Bayamon
DATE: 6/27/07

1.00 PERCENT PER MONTH (A RATE OF 12.00 PERCENT PER ANNUM) SERVICE CHARGE WILL BE BILLED ON PAST DUE AMOUNT.

Lbs   5421    4498                           6/25/07   11:28:00

THE MOST ADVANCED NAME IN DRAINAGE SYSTEMS

ADS  CARR #2, KM 67.8  PACKING LIST - CUST. COPY
PARQUE INDUSTRIAL SANTANA   PAGE: 1   4373845
ARECIBO, PR 00612   KAR
00612   787-671-5368   18-678617-002   REG 20

| SOLD TO | SHIP TO |
|---|---|
| MOCOROA & CASTELLANOS INC<br>Calle E, Lote #8<br>Urb.Ind.Los Frailes<br>GUAYNABO, PR<br>00969<br>787-272-3410   10444 | MOCOROA & CASTELLANOS INC<br>Calle E, Lote #8<br>Urb.Ind.Los Frailes<br>GUAYNABO, PR<br>00969<br>787-272-3410   10444 |

| CUST. ORDER NO. | PLANNED SHIP DATE | SHIP VIA | F.O.B. | LOADED BY |
|---|---|---|---|---|
| 24254 | 3/15/07 | Burros | ADS- PUERTO RICO | Jose Candelaria |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT OF MEASURE | PRODUCT NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 25 | 25 | ST | 04150020IB | 4"N12 SOLID IB PIPE     100mm |
| 1 | 1 | EA | 0469AG | 4"ADAPT W/SDR35 BELL    (A) |
| 2 | 2 X | EA | 0862ST | 8"DW ST TEE |
| 50 | 50 | ST | 12850020PR | 12"N12 SOLID-ULTRA(IB) 19.5' |
| 2 | 2 | EA | 1264ST | 12"ST N12 TEE |
| 2 | 2 | EA | 0459AG | 4"DW/N12 GASKET |

**This shipment requires certification, please
forward to Aaron Buck to process cert. Thx. SKT
++++ P.O. 24254 ++++
SEND COPY OF BOL TO KAREN VIA EMAIL OR FAX
CALL KAREN W/ANY QUESTIONS.

RCVD BY: PRINT NAME   JM Fuentes

SIGNATURE   JM F.M.

REBAJADO P.O.
3-15-07
Fecha

A  1.00  PERCENT PER MONTH (A RATE OF  12.00  PERCENT PER ANNUM) SERVICE CHARGE WILL BE BILLED ON PAST DUE AMOUNT.

Pcs   3513    Lbs   3451                              3/14/07  16:32:34
COMMENTS